James Lynn Hines 197067 #
Name and Prisoner/Booking Number

ASPC Florence State Prison Complex
Place of Confinement

Box 3400 1 D 37 South Browning
Mailing Address

Florence Az  85232
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

___ FILED   ___ LODGED
___ RECEIVED ___ COPY

OCT 2 7 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

1. James Lynn O'Hines 197067 #
2. Jackson Malloy K86989 # aka #
(Full Name of Plaintiff)
                           Plaintiff,

        vs.

Capt Ortiz at Florence Az.
(1)
(Full Name of Defendant)

(2) Capt Ruiz at Florence Az.

(3) Sgts at Arms 1st 2nd 3rd Wtch.

(4) S.S.U. Squad o/f 24/7
                        Defendant(s).
☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV08-1968-PHX-JAT(MEA)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☒ Other: Title 18 3006 A appt. of counsel for 1/2 brief loading 42 CJS § 1991 #

2.  Institution/city where violation occurred: Maricopa County Jail, Alhambra, Buckeye, Florence

Revised 3/9/07

1

**550/555**

| | SDPD Narcotics Deens | additional defendants | San Diego-Phoenix Police % |
|---|---|---|---|
| 1 | Larry Hissong avt. | Gallagor + Assoc. | Hugon Kowalski * |
| 2 | C/o Moronoz | Henderson * | Guinever Kowalski |
| 3 | C/o Helms | Williams * | Greg Pico |
| 4 | ooIII Ford | Uranga * | Maureen Peten |
| 5 | J. Rico | Figistgi * | Familia Martinez - Hernandez - |
| 6 | C. Waynor | Yamamuro | Baltasar Rodriguez - Roberts * |
| 7 | Shaw | Muros | Der. Smith of Glendale Az |
| 8 | Fitzgerald - Pico | Andrews | aka Der. Green |
| 9 | Enod | Der. Beakson | Mark Kincanon |
| 10 | Moore | Jatto | Patrick Larrison |
| 11 | Ramos | Smith | William Evans |
| 12 | Masionetor | Sgts at Arms: | Martinez, Manuel J. Jr. |
| 13 | Gilhum | Leeton | Dunn, Jonathan |
| 14 | Thompson - Garcia * | McClellon | Webb, (Jeffrey) John S. |
| 15 | Arpaid, Vio | Siebel | Porucci, Ben. |
| 16 | —————— | Sheriff Jim Shoffield | Calvagno, Jeffrey L. |
| 17 | Special Defendants: | —————— | Edmonson, Dudley P. |
| 18 | Lt. Monroo * | Special Defendurs: | Baragos, Jarod |
| 19 | Quintrella - Quintaga | St. Thomas of Ayuinis | Enriquo, Toquanith |
| 20 | Sewle of Astunis. | % S. Williams * | Crossen, David |
| 21 | Tuiruma - Taurugenio | Jim Clay | Pierson, Eric S. |
| 22 | of Guam - Toyushobu | % Padilla | Sheriff Joe Arpaio |
| 23 | —————— | % Alvarez | —————— |
| 24 | Casper Stringfellow | % Reynosa | D. Smith * |
| 25 | Linda Chevalioi | Rod Stovall * | % Luckharr * |
| 26 | —————— | John Perso * | Cindy, Amber Smith * |
| 27 | * Law + Health | * Law + Health | Law + Health * |
| 28 | San Diego --- | Santa Barbara --- | Phoenix --- * |
| | | pg 1-A | |

## B. DEFENDANTS

1. Name of first Defendant: Capt. Orois Corcoran/Florence Ca/Az. The first Defendant is employed as: Supervisory Captain of ssu squad. (Position and Title) at all California and Arizona prisons. (Institution)

2. Name of second Defendant: Capt. Ruiz San Diego/Ca. The second Defendant is employed as: Supervisory Captain of ssu squad (Position and Title) at all California and Arizona prisons. (Institution)

3. Name of third Defendant: Sgt. Littleton Sgt McClellon. The third Defendant is employed as: 1st and 2nd Wtch Sgts at arms (Position and Title) at Florence Az. (Institution)

4. Name of fourth Defendant: Larry Hissong ssu squad 24/7. The fourth Defendant is employed as: audio video technician supervisor (Position and Title) at all union contracted prisons USA. (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? ? . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: aka Jackson Malloy K86989 v. SoPo PHx P.O. c/o Cindy Hall.
      2. Court and case number: Fresno Ca Federal Eastern District Courts
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) procedural faults. No/IFP no strike & Breach of contract Hmo/ucc. 9-104 (a).

   b. Second prior lawsuit:
      1. Parties: aka Jackson Malloy K86989 v. George Galoza
      2. Court and case number: Fresno Ca. Federal Eastern District Court.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) strike & no prima facia frivolous ---

   c. Third prior lawsuit:
      1. Parties: aka Jackson Malloy K86989 v. Central Coast Correctional Officers
      2. Court and case number: Federal Eastern District Courts Fresno Ca.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) procedural faults. Central Coasta Nostra (Corcoran Sharks) Subtrub Ca to San Juaquin.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: The 4th Amendment Right the oath and affirmation by officer that a violation of rules has occurred. Invalid, Unvalid, unreasonable Reports by accessory of cyber surveillence at Interact.

2. Count I. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff was a medical transfered patient and inmate from Maricopa county jail to Alhambra, Buckeye, and Florence. From Good Samaritan Hospital to the County jail, and from 10-10-04 to 10-31-05 Phoenix County General Hospital and Apache Junction Hospital, Buckeye to Florence Az.
   The disciplinary proceedings at Alhambra began by Governor surveillence to force combative inmates into fist fights premeditated and automated by voices of accessory to hostile environments. Automation and or cyber phonics aural stalking. At Buckeye on 8-6-05. Investigative Detention Orders were filed for a 60 day lockup. Medical Emergencies injuries occurred to right leg of plaintiff and hospitalization and transfer Buckeye to Florence. What followed? Begining on 12-19-05. at Florence A rule violation report in violation of oath and affirmation of officer and as told to defendant Cwor Ortiz "Is a set up from California". This is recorded on Ad seg lock up order at County Jail and recorded on Result of disciplinary Hearing that the plaintiff can not be secure and safe isolated segregated without a threat of cyber surveillence stalking for provocation defense and accessory before the fact to excessively punish the plaintiff. To 8-19-08 ⁂

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Denied Medical attention equal to others corrective surgical needs therapy for leg in favor of anticipatory and/or inchoate rule violations by a computer audio video technician to supervise isolated inmate in an adverse hostile environment. To 8-24-10. ⁂

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. expired 1/10/06 Inmate letter / Grievance info: Over familiar associations to staff in phoenix from San Diego Ca stalking T/m w/ probs.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>To not be exposed to a state of nature where every one runs wild with no one in control. To cause injuries</u>.

2. Count II. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I as plaintiff James Lynn O'Hines aka Jackson Malloy a California parole violator spoke face to face with Capt Ruiz at Buckeye in Arizona. And in various places in California, and have since seen Capt Ruiz in Florence as a SSU Captain who observes inmates jurisdiction to jurisdiction. I requested a job from rel-soc. I spoke to Maricopa county attorneys on telephone at beginning stages of appeal with Capt Ruiz present. Then a Medical Emergency occurred October 2005 to Hospitalize plaintiff. Appeals were extended and post-operative surgical trauma obstructed the pursuit of justice. Transfer to Florence amplified a Internet audio-video surveillance that from 12-19-05 to 3-19-08 allowed a rampage and quiet cter of Rule Violations for an illegal classification and forced psychiatric evaluation over serious reparative medical needs. Denied.
   Other times and places are important that Violate (the 4th Amendment) for Law and Health crossing over the line for regarding falsely prisoner as crazy and or because of reverse racial discrimination by a majority of authority of a religious persuasion different than that of plaintiff. (prison)
   A serious threat exist now with a gurney for ambulatory transportation to further deny medical care at Florence smull and accuse the prisoner at only psych needs is presently in use by Florence smuff. To deny medical treatment.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Housed in a 3 man cell with group of corrections or computer Internet accessable who act non chalance or show deliberate indifference to individuals inside Institution except for audio-video Internal affairs observations. Serious physical injury blood/skin

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: The right to be free of negative, hostile, verbal or visual communication by authority in law, & Health.

2. Count III. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   - ☒ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   - ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Quiet Riot is covertly instigating, provoking, coercing inmates into life threatening situations. Intense observations of audible but unseen threats is imminent danger. Legal proceeds at Florence, argumentative and physically animated cause injury to plaintiff in need of injunction preliminarily court ordered to absolve conflict with locals and employees who infringe and impede upon the freedom of plaintiff. Who? Sgts at Arms, Sgt McMellen now -- (presently Sgt Winters and Sgt Sieferr.) What? Threatening by harassment of personal issues to assist inmate by provocation into a Rule Violation to deny early release dates and cause a more severe punishment effect other than placement in a restricted isolated punitive environment. Where? Alhambra, Buckeye, Florence. When? 2005-2006-2007-2008. Why? plaintiff is a badgered California Homicide/Evidence Witness. Plaintiff claims it was a Calif. correctional peace officer who is connected to Sgt McMellen of McDowell Ave Auto Sales families from California. The badgering and verbal and physical confrontational rule violations and currently computer supervised small housing does pose a threat for continued suppression of eye, ear, witness freedom of speech to the press, found competent to reincarcerate.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Loss of Earned Release credits for the truths or false reports to deny release dates. Maximum custody placement to enhance cyber stalking to debrief plaintiff adversely. Unnecessary disciplinary proceedings for a Classification smoke screen Calif to Az. to USA.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  N/A

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Immediate Federal Hospital placement Springfield Missouri for corrective surgical needs. Compensatory and punitive damages from responsible defendants. Preliminary Injunctions to separate all defendants by T.R.O.s from plaintiff *. An permanent injunction to halt cyber stalking of plaintiff by defendants. priors excuse publicized in Sharon Bushwa News press for identified cybercrime. * Appointment of Counsel for Native American plaintiff and family (Seminole Tribe). Transfer to Florida Sarasota as Broward Co. visitor and witness 1982-1994. *

I declare under penalty of perjury that the foregoing is true and correct.

* Executed on _October 20th, 2008._    _James Lynn O'Hara (197067)_
DATE                                SIGNATURE OF PLAINTIFF

Jeff Flick CMS·Region 9 Medicare & Medicaid.
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_proper in persona_ _OtOHara a/k/a (Fox)_
(Signature of attorney, if any)
_ACLU of Eastern Missouri_
_454 Whittier - St Louis Mo. 63108_
_314 - 584 - 9200_

(Attorney's address & telephone number)

* for prior Medical Law & Health an Heir
1989 of prisoners Mother (Mrs. Linda
Sue Pierson Hines) a Seminole Indian - St. Louis Mo.

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.  1-A. only - info: priors and continued liable exposures.

6